**Adrian DOBBS, Plaintiff–Appellant,**

v.

**Rick OLSEN, Director of Medical; Charles Davis, PID # 4, Captain/Division Commander of Core; J. Cole, PID # 36, Sergeant/Property; W. Sta-**

zevski, Nurse, LPN/Medical Assistant; K. Moore, PID # 23, Lieutenant/Housing Unit Manager, Defendants–Appellees.

No. 02–6342.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Adrian Dobbs, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Adrian Dobbs seeks to appeal the district court's order denying his 42 U.S.C.A. § 1983 (West Supp.2002) action. We dismiss the appeal for lack of jurisdiction because Dobbs' notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on November 30, 2001. Dobbs's gave his notice of appeal to prison officials no earlier than February 15, 2002. *See Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). Because Dobbs failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*